IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LARRY CLARK,

              Plaintiff,

    vs.

DANIEL B. SHUCK and
SHUCK LAW FIRM,

              Defendants.

**CASE NO. 8:14CV75**

**ORDER OF DISMISSAL**

This matter is before the Court on the Plaintiff's Motion to Dismiss With Prejudice (Filing No. 9). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the motion should be granted and the above-captioned case should be dismissed with prejudice with the complete record waived. Each party will bear its own costs. Accordingly,

IT IS ORDERED:

1.    The Plaintiff's Motion to Dismiss With Prejudice (Filing No. 9) is granted;

2.    This case is dismissed with prejudice with the complete record waived; and

3.    Each party will bear its own costs.

Dated this 7th day of April, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge